NO. 24616

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

THOMAS R. LePAGE, Respondent.

In re Application for Reinstatement of THOMAS R. LePAGE,
Applicant.

(ODC 01-137-6881, 00-265-6611, 00-266-6612, 01-136-6880)

<u>ORDER OF REINSTATEMENT</u>
(By:  Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ.,
and Circuit Judge Chang, assigned by reason of vacancy)

Upon consideration of the record and the Disciplinary Board's Report and Recommendation for the Reinstatement of Thomas R. LePage to the Practice of Law, it appears Petitioner LePage has proven, by clear and convincing evidence, rehabilitation, fitness to practice law, competence, compliance with applicable disciplinary orders and rules, and compliance with all requirements imposed by this court, as required by Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawai'i. Therefore,

IT IS HEREBY ORDERED that Petitioner LePage is reinstated to the practice of law in this jurisdiction.

IT IS FURTHER ORDERED that upon payment of all required dues and registration fees, the Clerk shall restore Petitioner LePage to the roll of attorneys eligible to practice in the State

of Hawai'i.

IT IS FINALLY ORDERED that the restraining order entered by this court on November 5, 2001 is vacated.

DATED:  Honolulu, Hawai'i, September 14, 2010.

_Pamela A. Nakayama_

_James E. Duffy, Jr._

_Mark Recktenwald_

_Gary W.B. Chang_